IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES A. COOK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:15CV897 |
| | ) |
| FRANK PERRY, | ) |
| | ) |
| Respondent. | ) |

### ORDER

On June 2, 2016, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation [Doc. #9] is hereby adopted.

**IT IS THEREFORE ORDERED** that Respondent's Motion to Dismiss [Doc. #5] is GRANTED, and that the Petition [Doc. #2] is DISMISSED. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of July, 2016.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge